# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CARROLL,

      Plaintiff,

v.

                                    Case No.: 13-cv-153

TEAM PDS, INC.

      Defendant.

## ORDER FOR DISMISSAL

Based upon the foregoing Stipulation of the parties:

IT IS HEREBY ORDERED that the above captioned lawsuit and all claims asserted or that could have been asserted therein, are dismissed in their entirety, with prejudice and without costs.

BY THE COURT:

*Barbara B Crabb*

*May 24, 2013*

#1557194